UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBICON REAL ESTATE HOLDINGS, LLC,
BROWNE DESIGN CONSULTANTS, LLC
and JOSEPH BROWN,

    Plaintiffs,                              Case No. 23-cv-10439

-vs-                                        HON. PAUL D. BORMAN
                                              Mag. Judge Curtis Ivy, Jr.

CITY OF PONTIAC, MICHIGAN and
GARLAND S. DOYLE, jointly and
severally,

    Defendants.

_____

# DEFENDANTS' PRELIMINARY LAY WITNESS LIST

Defendants, CITY OF PONTIAC and GARLAND S. DOYLE, by and through their Attorneys, ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C., submit the following list of witnesses who may be called at the time of trial of this matter:

1. Joseph Brown, c/o Rubicon Real Estate Holdings, LLC, 6001 Cass Ave., Suite 03-174, Detroit, MI 48226

2. Rita Bolis, c/o Rubicon Real Estate Holdings, LLC, 6001 Cass Ave., Suite 03-174, Detroit, MI 48226

3. Manuel Ferraioulo, c/o Rubicon Real Estate Holdings, LLC, 6001 Cass Ave., Suite 03-174, Detroit, MI 48226

4. Bradley Klintworth, c/o Rubicon Real Estate Holdings, LLC, 6001 Cass Ave., Suite 03-174, Detroit, MI 48226

5. Directors, officers, members, managers, employees, agents, representatives, and records custodian of Rubicon Real Estate Holdings, LLC, 6001 Cass Ave., Suite 03-174, Detroit, MI 48226.

6. Vladimir Abu-Ali, c/o DA Contracting, LLC, 28575 Greenfield Rd., Southfield, MI 48076

7. Directors, officers, members, managers, employees, agents, representatives, and records custodian of DA Real Estate Consulting, LLC and DA Contracting, LLC

8. Shala Preimer, Browne Design Consulting, 33717 Woodward Ave., Suite 201, Birmingham, MI 48009

9. David Lewis, Browne Design Consulting, 33717 Woodward Ave., Suite 201, Birmingham, MI 48009

10. Mi Pham, Browne Design Consulting, 33717 Woodward Ave., Suite 201, Birmingham, MI 48009

11. Taylor Clark, Browne Design Consulting, 33717 Woodward Ave., Suite 201, Birmingham, MI 48009

12. Directors, officers, members, managers, employees, agents, representatives, and records custodian of Browne Design Consultants, LLC, 33717 Woodward Ave., Suite 201, Birmingham, MI 48009

13. Directors, officers, members, managers, employees, agents, representatives, and records custodian of SK Properties (There are several corporations and LLCs with similar names registered with the state – I don't know which one it is.)

14. Garland S. Doyle, c/o City of Pontiac, 47450 Woodward Ave., Pontiac, MI

15. Jonathan Starks, c/o City of Pontiac, 47450 Woodward Ave., Pontiac, MI

16. Timothy Greimel, c/o City of Pontiac, 47450 Woodward Ave., Pontiac, MI

17. Khalfani Stephens, c/o City of Pontiac, 47450 Woodward Ave., Pontiac, MI

18. Ahmad Taylor, c/o City of Pontiac, 47450 Woodward Ave., Pontiac, MI

19. Kermit Williams, former President, Pontiac City Council

20. Randy Carter, former President Pro Tem and Pontiac City Councilmember

21. Patrice Waterman, former Pontiac City Councilmember

22. George Williams, former Pontiac City Councilmember

23. Mary Pietila, former Pontiac City Councilmember

24. Gloria Miller, former Pontiac City Councilmember

25. Doris Taylor Burks, former Pontiac City Councilmember

26. Megan Shramski, former Pontiac City Councilmember

27. Mark Holland, former Pontiac City Councilmember

28. Dierdre Waterman, former Mayor, City of Pontiac

29. Vern Gustafsson, c/o City of Pontiac, 47450 Woodward Ave., Pontiac, MI

30. Donovan Smith, former planning staff member, City of Pontiac

31. Patrick Brzozowski, c/o City of Pontiac, 47450 Woodward Ave., Pontiac, MI

32. Mike Wilson, Building Official, City of Pontiac, 47450 Woodward Ave., Pontiac, MI

33. Dwayne Lyons, 995 N. Cass Lake Rd., Apt. 128, Waterford, MI  48328

34. Directors, officers, members, managers, employees, agents, representatives, and records custodian of Innovative Community Elevations, LLC, 995 N. Cass Lake Rd., Waterford, MI  48328

35. Directors, officers, members, managers, employees, agents, representatives, and records custodian of SK Properties

36. Thomas Fitzpatrick, 23455 Shagwood Dr., Bingham Farms, MI 48025

37. Thomas Fitzpatrick II, 32572 W. Haverford, Franklin, MI  48025

38. Jeremiah Kromrei, 2250 Peters Rd., Ann Arbor, MI  48103

39. Directors, officers, members, managers, employees, agents, representatives, and records custodian of Family Rootz, LLC, 8164 Executive Ct., Suite C, Lansing, MI

40. James Skinner, 1009 Bruce St., Cottreville, MI  48039

41. Stephanie Skinner, 1009 Bruce St., Cottreville, MI  48039

42. Fernando DiCarlo, 54 Balding Blvd., Woodbridge, Ontario CA L4L3R9

43. Simonetta DiCarlo, 54 Balding Blvd., Woodbridge, Ontario CA L4L3R9

44. Darrell Blalock, 71679 Orchard End, Bruce, MI  48065

45. Directors, officers, members, managers, employees, agents, representatives, and records custodian of Pharmaco, Inc., 22000 Northwestern Hwy., Southfield, MI 48075

46. Directors, officers, members, managers, employees, agents, representatives, and records custodian of RWB Michigan, LLC, 22000 Northwestern Hwy., Southfield, MI 48075

47. Justin Dunaskiss, c/o Dunaskiss Consulting & Development, LLC, 900 S. Lapeer Rd., Oxford, MI 48371

48. Thomas Welch, 2670 W. Maple Rd., Troy, MI 48084

49. Kimberly Welch Harlan, 2670 W. Maple Rd., Troy, MI 48084

50. Richard Welch, 2670 W. Maple Rd., Troy, MI 48084

51. Directors, officers, members, managers, employees, agents, representatives, and records custodian of HWM Maple Road, Inc., 2670 W. Maple Rd., Troy, MI 48084

52. George A. Contis, Tenth Floor Columbia Center, 101 West Big Beaver Raid, Troy, MI 48084

53. Anthony Chubb, Tenth Floor Columbia Center, 101 West Big Beaver Raid, Troy, MI 48084

54. John Dawood Dalaly, 6463 Royal Pointe Dr., West Bloomfield, MI 48322

55. Julia Schafer Nunez, 22000 Northwestern Highway, Southfield, MI  48076

56. Christ Gorges, 39283 W. Royal Doulton Blvd., Clinton Township MI 48038

57. Colby De Zen, 22000 Northwestern Highway, Southfield, MI  48076

58. Michael Marchese, 22000 Northwestern Highway, Southfield, MI  48076

59. Brad Rogers, 22000 Northwestern Highway, Southfield, MI  48076

60. David Kotal, Federal Bureau of Investigation Detroit Division, Oakland County Resident Agency, 5600 Crooks Rd., Troy, MI 48098

61. All witnesses listed by Plaintiffs

62. Rebuttal witnesses

63. Witnesses necessary to authenticate documents for introduction and admission into evidence at trial.

64. Witnesses whose identities become known after the filing of this witness list through the time of trial of this matter.

Defendants reserve the right to amend and/or supplement this witness list through the time of trial.

> s/ ANNE MCCLOREY MCLAUGHLIN
> ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.
> 27555 Executive Drive, Suite 250
> Farmington Hills, MI  48331
> (248) 489-4100
> amclaughlin@rsjalaw.com
> P40455

## **CERTIFICATE OF SERVICE**

I certify that on July 21, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

> s/ SHEILA BODENBACH